**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
CHIEF UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

May 12, 2008

Terri Denise Mason, Esq.
1825 Woodlawn Drive, Ste. 106
Baltimore, MD 21207

Allen F. Loucks, AUSA
36 South Charles Street, 4th Floor
Baltimore, Maryland  21201

**RE:  Angela Johnson v. Michael J. Astrue**
      **Civil Action No.: RDB-07-930**

Dear Counsel:

    A copy of the Report and Recommendation of the United States Magistrate Judge is attached.  Any objections you wish to make thereto must be made in accordance with Federal Rule of Civil Procedure 72.  NOTE:  Failure to file timely objections to the findings and recommendations set forth in this Report and Recommendation may result in waiver of your right to appeal from a judgment of this Court based on such findings and recommendations.  Said objections must be received no later than May 23, 2008.

                                        Very truly yours,

                                        /s/
                                        PAUL W. GRIMM
                                        United States Magistrate Judge

Enclosure
cc:  Honorable Richard D. Bennett
     Court File